**PROLITEC, INC., Appellant**

v.

**SCENTAIR TECHNOLOGIES, INC., Appellee.**

**No. 2015–1017.**

United States Court of Appeals, Federal Circuit.

June 9, 2015.

Erika Arner, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by J. Derek McCorquindale; Cory C. Bell, Boston, MA.

Joshua B. Pond, Kilpatrick Townsend & Stockton LLP, Washington, DC, argued for appellee. Also represented by Adam Howard Charnes, Winston–Salem, NC; David Clay Holloway, Tiffany L. Williams, Atlanta, GA.

PROST, Chief Judge, DYK and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**